UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

TANJA D. HOGANCAMP DBA
NANNIE B'S SOUL FOOD CAFÉ          CASE NO. 20-50983-MLO
                                   CHAPTER 13
                                   HONORABLE MARIA L. OXHOLM

    DEBTOR.
_____/
MORRIS B. LEFKOWITZ (P31335)
Attorney for Debtor
29777 Telegraph Road, Suite 2440
Southfield, MI 48034
(248) 559-0180
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 24th day of November, 2020, a copy of the Objection of Santander Consumer USA Inc. to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| David Wm. Ruskin | Morris B. Lefkowitz |
| Trustee | Attorney at Law |
| 26555 Evergreen Rd., Suite 1100 | 29777 Telegraph Road, Suite 2440 |
| SouthfieldMI48076 | Southfield, MI 48034 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED:  November 24, 2020